# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY PARKER, DONALD B. LOSEY, and SHELLEY WEATHERFORD, individually and on behalf of themselves, the GKN Group Retirement Savings Plan, and all others similarly situated, | Case No. 2:21-cv-12468-SFC-JJCG |
| | |
| Plaintiffs, | Hon. Sean F. Cox |
| | |
| v. | |
| | |
| GKN NORTH AMERICA SERVICES, INC., BOARD OF DIRECTORS OF GKN NORTH AMERICA SERVICES, INC., the BENEFIT COMMITTEE, and John Does 1-30, | |
| | |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR AUTHORIZATION TO DISSEMINATE SUPPLEMENTAL NOTICE

Plaintiffs Jeffrey Parker, Donald B. Losey, and Shelley Weatherford, through undersigned counsel, respectfully move the Court pursuant to Fed. R. Civ. P. 23 for an Order approving the form and method of the attached Supplemental Notice to certain members of the proposed Settlement Class.

This motion is based on the following brief, all of the pleadings and filings in this action, and such other arguments as may be presented to the Court.

Per Local Rule 7.1(a) of the Local Rules of the Eastern District of Michigan, on November 7, 2024, counsel for Plaintiffs requested Defendants' concurrence with this motion, explaining to Defendants the nature of the motion, as well as its legal basis. Defendants did agree to the relief sought by Plaintiffs' Motion.

A proposed Order with respect to this motion is attached hereto.

Dated: November 8, 2024                    Respectfully submitted,

                                           */s/ David H. Fink*
                                           David H. Fink (P28235)
                                           Nathan J. Fink (P75185)
                                           **FINK BRESSACK**
                                           38500 Woodward Ave., Suite 350
                                           Bloomfield Hills, MI 48304
                                           Phone: (248) 971-2500
                                           dfink@finkbressack.com
                                           nfink@finkbressack.com

Natalie Lesser
Abigail Gertner
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
nlesser@bm.net
agertner@bm.net

Eric Lechtzin (Fed. Bar I.D. # 62096PA)
Marc H. Edelson (PA - 51834)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Phone: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

*Counsel for Plaintiffs and Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY PARKER, DONALD B. LOSEY, and SHELLEY WEATHERFORD, individually and on behalf of themselves, the GKN Group Retirement Savings Plan, and all others similarly situated, | Case No. 2:21-cv-12468-SFC-JJCG |
| Plaintiffs, | Hon. Sean F. Cox |
| v. | |
| GKN NORTH AMERICA SERVICES, INC., BOARD OF DIRECTORS OF GKN NORTH AMERICA SERVICES, INC., the BENEFIT COMMITTEE, and John Does 1-30, | |
| Defendants. | |

## BRIEF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR AUTHORIZATION TO DISSEMINATE SUPPLEMENTAL NOTICE

## **TABLE OF CONTENTS**

ISSUES PRESENTED...................................................................................... iii

CONTROLLING AND/OR MOST APPROPRIATE AUTHORITY ................... iv

INTRODUCTION .................................................................................1

ARGUMENT .......................................................................................1

CONCLUSION ....................................................................................3

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*In re Auto. Parts Antitrust Litig.*,
  2019 WL 7877812 (E.D. Mich. Dec. 20, 2019) ................................................ 4, 2

*In re Packaged Ice Antitrust Litig.*,
  2011 WL 6209188 (E.D. Mich. Dec. 13, 2011) ................................................... 2

*Sullivan v. DB Invs., Inc.*,
  667 F.3d 273 (3d Cir. 2011)................................................................................... 2

## <u>ISSUES PRESENTED</u>

1.     Whether, pursuant to Fed. R. Civ. P. 23, Plaintiffs may disseminate a

Supplemental Notice in accordance with the revised Plan of Allocation?

Plaintiffs' answer: **Yes.**

## <u>CONTROLLING AND/OR MOST APPROPRIATE AUTHORITY</u>

1.    *In re Auto. Parts Antitrust Litig.*, No. 12-MD-02311, 2019 WL
7877812, at *1 (E.D. Mich. Dec. 20, 2019)

## **INTRODUCTION**

Plaintiffs Jeffrey Parker, Donald B. Losey, and Shelley Weatherford ("Plaintiffs"), through the undersigned counsel, respectfully move the Court pursuant to Federal Rule of Civil Procedure 23 for an Order approving the form and method of Supplemental Notice.

## **ARGUMENT**

Supplemental Notice is necessary because the original Plan of Allocation included—and thus notice was sent—to a broader set of participants than those allegedly harmed as a result of the breaches of ERISA fiduciary duties claimed by Plaintiffs. Specifically, certain members of the proposed Settlement Class were hired after the April 1, 2019 transition from Prudential to Fidelity as the recordkeeper for the Plan, and thus, Prudential was never the recordkeeper for their retirement benefits. As such, it would not be appropriate for these participants to receive a distribution from the Settlement.

The parties have agreed to an amended proposed Plan of Allocation, which aligns the method of allocating the benefits of the Settlement with the allegations in the operative complaint and Plaintiffs' expert analyses of damages. The Amended Plan of Allocation is attached hereto as **Exhibit A**. The proposed Supplemental Notice, attached hereto as **Exhibit B**, explains the change to the Plan of Allocation and is intended to only be sent to those participants who were hired after April 1,

2019 (and thus are not entitled to a distribution).

Under Rule 23, "[a]pproval of a plan of allocation of a settlement fund in a class action is governed by the same standards of review applicable to the approval of the settlement as a whole; the distribution plan must be fair, reasonable and adequate." *In re Packaged Ice Antitrust Litig.*, No. 08-MDL-01952, 2011 WL 6209188, at *15–16 (E.D. Mich. Dec. 13, 2011). Here, Plaintiffs seek to amend the proposed Plan of Allocation specifically to be fair, reasonable, and adequate to Class Members and to ensure only those participants subject to the alleged harmful conduct receive distribution from the Settlement fund. *See In re Automotive Parts Antitrust Litigation*, 2019 WL 7877812, at *1 ("[a] district court's 'principal obligation' in approving a plan of allocation 'is simply to ensure that the fund distribution is fair and reasonable as to all participants in the fund.'") (quoting *Sullivan v. DB Invs., Inc.*, 667 F.3d 273, 326 (3d Cir. 2011)).

Accordingly, dissemination of the Supplemental Notice is also proper—and necessary—to correctly administer the Settlement, pursuant to the amended Plan of Allocation. *See In re Automotive Parts Antitrust Litigation*, 2019 WL 7877812, at *3 (ordering "dissemination of the Supplemental Notice, as necessary to effectuate the revised Plan of Allocation.").

The requested relief is necessary for the fair and reasonable distribution of settlement funds to Settlement Class Members. The Supplemental Notice informs

individuals hired after April 1, 2019, that they did not have Prudential as their Plan

recordkeeper and, thus, did not suffer a loss as a result of the fiduciary breaches

alleged in this case.

## <u>CONCLUSION</u>

For these reasons, the Plaintiffs respectfully request that the Court grant

the Plaintiffs' Motion and enter an Order approving the form and method of

Supplemental Notice.

Dated: November 8, 2024                Respectfully submitted,

                                        */s/ David H. Fink*
                                        David H. Fink (P28235)
                                        Nathan J. Fink (P75185)
                                        **FINK BRESSACK**
                                        38500 Woodward Ave., Suite 350
                                        Bloomfield Hills, MI 48304
                                        Phone: (248) 971-2500
                                        dfink@finkbressack.com
                                        nfink@finkbressack.com

                                        Eric Lechtzin (Fed. Bar I.D. # 62096PA)
                                        Marc H. Edelson (PA - 51834)
                                        **EDELSON LECHTZIN LLP**
                                        411 S. State Street, Suite N-300
                                        Newtown, PA 18940
                                        Phone: (215) 867-2399
                                        elechtzin@edelson-law.com
                                        medelson@edelson-law.com

Natalie Lesser
Abigail Gertner
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
nlesser@bm.net
agertner@bm.net

*Counsel for Plaintiffs and Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Nathan J. Fink, attorney for the Plaintiffs, hereby certify that on Friday, November 8, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Nathan J. Fink*
Nathan J. Fink
