UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY PARKER, DONALD B. LOSEY, and, SHELLEY WEATHERFORD, individually and on behalf of themselves, the GKN Group Retirement Savings Plan, and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GKN NORTH AMERICA SERVICES, INC., BOARD OF DIRECTORS OF GKN NORTH AMERICA SERVICES, INC., the BENEFIT COMMITTEE, and John Does 1-30,<br><br>                Defendants. | No. 2:21-cv-12468<br><br>Hon. Sean F. Cox<br><br>Mag. Jonathan J.C. Grey |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ABIGAIL J. GERTNER AS COUNSEL FOR THE PLAINTIFFS**

At ECF No. 94, a motion was filed regarding the withdrawal of Abigail J. Gertner of Berger Montague PC as counsel for the Plaintiffs in the above-captioned matter. Other counsel of record have appeared on behalf of Plaintiffs, and their representation continues.

IT IS HEREBY ORDERED that the motion is granted and Abigail J. Gertner shall be removed as attorney of record in this case.

                                                              **SO ORDERED.**

Dated: January 16, 2025                          s/Sean F. Cox
                                                                  Sean F. Cox
                                                                  U. S. District Judge